# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY | **Case Number: 1:22-CV-03005** |
| Plaintiff, | **Judge: Hon. Sharon Johnson Coleman** |
| v. | **Magistrate: Hon. Maria Valdez** |
| COREY EQUIPMENT, INC. COYOTE LOGISTICS, LLC, T&S TRUCKING.COM, INC., and | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-named Plaintiff, Progressive Northern Insurance Company ("Progressive"), by and through its counsel, McCOY LEAVITT LASKEY LLC, hereby dismisses this action with prejudice and without costs or further notice to any party.

Respectfully submitted,

Dated: June 20, 2022

*/s/ Michael A. Snider*
One of Plaintiff's Attorneys

Michael A. Snider (ARDC #6337269)
McCOY LEAVITT LASKEY LLC
N19W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
Telephone (262) 522-7000
Facsimile (262) 522-7020
Msnider@MLLlaw.com
Firm No. 56367